# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY
K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER

1002 BROAD STREET • NEWARK, NEW JERSEY 07102 • (973) 645-6347

February 7, 2023

Hon. Edward S. Kiel, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

        Re:    United States v. Nicholas Malindretos
               2:23-mj-15018-ESK
               **Withdrawal of Request for Preliminary Hearing**

Dear Judge Kiel,

      On February 2, 2023, Your Honor scheduled a preliminary hearing in this matter for February 15, 2023. Nicholas Malindretos, through undersigned counsel, withdraws that request and waives the right to a preliminary hearing.

                                                  Respectfully submitted,

                                                  Adalgiza A. Núñez, A.F.P.D.
                                                  Attorney for Nicholas Malindretos