# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY
K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER



1002 BROAD STREET • NEWARK, NEW JERSEY 07102 • (973) 645-6347

August 18, 2023

**FILED ELECTRONICALLY**
Hon. Edward S. Kiel, U.S.M.J.
United States District Court
District of New Jersey
2 Federal Square
Newark, New Jersey 07102

                          RE:    **United States v. Nicholas Malindretos**
                                 **Docket No. 23-15018**

Dear Judge Kiel,

        The defense requests a status conference with Your Honor to discuss further
representation of Mr. Nicholas Malindretos.  I have been unable to meet with Mr. Malindretos
and request a conference to determine whether Mr. Malindretos still desires to be represented by
our office.

        I am out of the office at a weeklong training, returning on August 26, 2023, and request a
conference with Your Honor as soon as possible thereafter.  Thank you for your attention to this
request.

                          Respectfully,

                          Adalgiza A. Núñez
                          Attorney for Nicholas Malindretos