Mental Health Dept.,

I would like to appeal/contest my court order to appear for a mental health assessment. I have no significant history of mental illness. Also, attempts to delay the court and be unclear with my lawyer are to properly prepare for the significant charges against me, thereof consulting different opinions, including expert opinions, such as private investigators. ~~and~~ I am planning to dismiss my lawyer for arranging this court order.

Sincerely,
Nicholas Malindretos

Ada Núñez
1003 Broad St
Newark, NJ 07102





DV DANIELS NJ 070
26 OCT 2023 PM 2 L

Nicholas Malindretos
Hudson County Correctional
30-35 Hackensack Ave
Kearny, NJ 07032