UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS


NEWARK                                    DATE: 3/11/2025

JUDGE: **STACEY D. ADAMS**
REPORTER: ECR

DEPUTY CLERK: Jackeline Barco


Title of Case: USA v. MALINDRETOS          Docket 23-mj-15018-SDA-1


Appearances:

JOSEPH R GRIBKO, AUSA for the government

ADALGIZA ALEXANDRA NUNEZ, AFPD for the Defendant


Nature of proceedings:

Conference held in chambers off the record.
Defendant present.
Competency Hearing held on the record.
Dr. Robin Watkins-Affirmed for Govt. (Appearing remotely)
Defendant Remanded.




Time Commenced    1:30 pm
Time Adjourned    4:40 pm



cc: chambers                         Jackeline Barco
                                    Deputy Clerk